

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY SPENCER | : |
| | : NO. 08-4502 |
| v. | : |
| | : |
| NCO FINANCIAL SYSTEMS, INC. | : |

### STIPULATION OF EXTENSION

TO THE CLERK OF THE COURT:

It is hereby stipulated between plaintiff, and defendant, NCO Financial Systems, Inc., by and through their respective attorneys, that defendant, with this Court's approval, be permitted a thirty (30) day extension until November 13, 2008 to file an Answer or otherwise respond to Plaintiff's Complaint in this action. No prior extensions have been sought or granted.

WARREN & VULLINGS, LLP

BY: _____
BRUCE K. WARREN, ESQ.
Attorney for Plaintiff

DATE: 10/14/08

DATE: October 14, 2008

MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN

BY: _____
JOAN P. DEPFER, ESQ.
Attorney for Defendant

DATE: 10/14/08

BY THE CLERK OF COURT:

_____

RECEIVED OCT 14 2008