IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY SPENCER<br>Plaintiff<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>Defendant | CIVIL ACTION<br><br><br><br><br>NO. 08-4502 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, JERRY SPENCER, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ *Brent F. Vullings, Esq.*
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800